# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JACKSON K. UNANGST,  :

              Plaintiff,

   -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

              Defendant.  :

Case No. 3:09-cv-478

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that, pursuant to the fourth sentence of 42 U.S.C. Section 405(g), the Commissioner's decision that Plaintiff is not disabled is REVERSED and the matter is REMANDED to the Commissioner for payment consistent with the Act.

January 7, 2011                  *s/THOMAS M. ROSE*

                                                  Thomas M. Rose
                                         United States District Judge